UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CONERLY,<br><br>        Plaintiff,<br><br>vs.<br><br>JEFFREY BEARD, *et al.,*<br><br>        Defendants. | Case No. 1:15-cv-01262-RRB<br><br>**ORDER RE:  IFP APPLICATION** |

The record reveals that Plaintiff Douglas Conerly, a state prisoner appearing *pro se*, filed an Application to Proceed In Forma Pauperis.[1]  Although more than 60 days have lapsed since the Application was filed, Conerly has not filed the required prison trust account statement.

Accordingly, unless Conerly files a certified copy of his prison trust account statement by **January 8, 2016**, the Application to Proceed In Forma Pauperis will be denied.

**IT IS SO ORDERED** this 4th day of December, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1]  Docket 2.